```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 08752
   JAN N LANIER
   MARIE LANIER                              CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-3393     SSN XXX-XX-8432

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/21/2006 and was confirmed 10/12/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors    .00%.

     The case was dismissed after confirmation 08/23/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
COOK COUNTY TREASURER      SECURED            5556.00           .00         1825.25
HOMEQ SERVICING CORP       CURRENT MORTG          .00           .00             .00
HOMEQ SERVICING CORP       MORTGAGE ARRE     4381.00            .00             .00
HOMEQ SERVICING CORP       CURRENT MORTG         .00            .00             .00
HOMEQ SERVICING CORP       MORTGAGE ARRE         .00            .00             .00
HSBC AUTO FINANCE          SECURED            7877.00         302.85         1951.62
HSBC AUTO FINANCE          UNSECURED           157.97           .00             .00
PARK SHORE CONDOMINIUM     SECURED            1738.92           .00          571.27
ILLINOIS DEPT OF REVENUE   NOTICE ONLY     NOT FILED            .00             .00
INTERNAL REVENUE SERVICE   PRIORITY          17613.58           .00             .00
INTERNAL REVENUE SERVICE   UNSECURED          2795.80           .00             .00
CHASE                      UNSECURED        NOT FILED           .00             .00
CITY OF CHICAGO PARKING    UNSECURED          1830.00           .00             .00
CHICAGO DEPT OF REVENUE    UNSECURED        NOT FILED           .00             .00
INNOVATIVE TAX RELIEF      UNSECURED        NOT FILED           .00             .00
JUSTIN & KRISTIN BUSCHE    UNSECURED          6814.00           .00             .00
WELLS FARGO FINANCIAL IL   UNSECURED           676.89           .00             .00
CAPITAL ONE                UNSECURED           996.87           .00             .00
CAPITAL ONE                UNSECURED           695.67           .00             .00
CAPITAL ONE                UNSECURED          1017.09           .00             .00
ECAST SETTLEMENT CORP      UNSECURED           638.84           .00             .00
ECAST SETTLEMENT CORP      UNSECURED          1014.99           .00             .00
SOCIAL SECURITY ADMINIST   UNSECURED          3717.00           .00             .00
COLUMBUS BANK & TRUST CO   UNSECURED           811.14           .00             .00
ILLINOIS DEPT OF REV       PRIORITY           4052.51           .00             .00
WF FIN BANK                UNSECURED          2007.86           .00             .00
LORRAINE GREENBERG & ASS   DEBTOR ATTY        2,114.00                          .00
TOM VAUGHN                 TRUSTEE                                           269.01
DEBTOR REFUND              REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 08752 JAN N LANIER & MARIE LANIER
```

```
                          RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                   4,920.00

PRIORITY                                             .00
SECURED                                         4,348.14
    INTEREST                                      302.85
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                              269.01
DEBTOR REFUND                                        .00
                        ---------------    ---------------
TOTALS                    4,920.00              4,920.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 12/05/07         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
      CASE NO. 06 B 08752 JAN N LANIER & MARIE LANIER